THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANTHONY KRUG, Appellant.

Argued May 21, 1951; decided June 1, 1951.

*Raphael H. Beauduy* for appellant.

*Charles P. Sullivan, District Attorney (Henry W. Schober* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.